Rafael **DOMINGO ESMERIO**, a.k.a. Rafael Esmerio–Domingo, Petitioner–Appellant,

v.

**Eric H. HOLDER, Jr., Attorney General; et al., Respondents–Appellees.**

**No. 07–35162.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 13, 2010.

Rafael Domingo Esmerio, Cavite, Philippines, pro se.

Priscilla T. Chan, USSE–Office of the U.S. Attorney, Seattle, WA, for Respondents–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Rafael Domingo Esmerio, a native and citizen of the Philippines, appeals pro se from the district court's order dismissing his petition for a writ of habeas corpus. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253(a). We review de novo, *Puri v. Gonzales,* 464 F.3d 1038, 1040 (9th Cir.2006), and we affirm.

The district court properly concluded it lacked subject matter jurisdiction. *See* REAL ID Act of 2005, Pub.L. 109–13, § 106(c), 119 Stat. 231, 311 (2005). Esmerio cannot challenge his underlying removal order via review of his habeas petition. *See* 8 U.S.C. § 1252(a)(5).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

